J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
LAURA S. BERNARD (State Bar No. 197556); lsb@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:  (415) 228-5400
Fax:  (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation<br><br>Defendants. | Case No. C 11-02587 PSG<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DECLARATION OF J. THOMAS BOER** |

## **STIPULATION**

WHEREAS, plaintiff Schlumberger Technology Corporation, Inc. ("Plaintiff") filed the complaint in this matter on May 27, 2011;

WHEREAS, defendants East Charleston, Inc., and Pacific American Management Company (collectively, "Defendants") waived service of process of the complaint and, consistent with the Federal Rules of Civil Procedures and the applicable Local Rules, Defendants' responses to the complaint are not due until August 15, 2011;

WHEREAS, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines on May 27, 2011, which set the date of the initial case management conference for August 23, 2011;

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
U.S.D.C, Northern District Court, Case No. C 11-02587 PSG

1

879253.1

1  WHEREAS, Plaintiff and Defendants agree that it would be beneficial to postpone the
2  case management conference and the parties' obligations under Federal Rules of Civil Procedure
3  Rule 26 until Defendants have served their responses to the complaint, so that counsel for the
4  parties can have a more meaningful and productive Rule 26 conference.
5  NOW THEREFORE, consistent with Civil Local Rules 6-2 and 7-12, Plaintiff and
6  Defendants jointly stipulate to, and ask the Court to enter the attached proposed order setting the
7  following case management deadlines:

| Date | Deadline |
|---|---|
| September 13, 2011 | Last day to: |
| | • Meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| | • File ADR Certification signed by Parties and Counsel |
| | • File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| September 27, 2011 | Last day to: |
| | • File Rule 26(f) Report |
| | • Complete initial disclosures or state objection in Rule 26(f) Report |
| | • File Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| | • File consent or declination to proceed before a magistrate judge |
| October 4, 2011 2:00 p.m. | Case Management Conference |

IT IS SO STIPULATED.

DATED: July 29, 2011                    BARG COFFIN LEWIS & TRAPP, LLP

                                        By: /s/ TOM BOER
                                            J. THOMAS BOER
                                            Attorneys for Plaintiff
                                            Schlumberger Technology Corporation, Inc.



**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
U.S.D.C, Northern District Court, Case No. C 11-02587 PSG

2

879253.1

| | |
|---|---|
| DATED: July 29, 2011 | GREBEN & ASSOCIATES |
| | |
| | By: /s/ JAN GREBEN |
| | JAN A. GREBEN |
| | Attorneys for Defendants |
| | East Charleston, Inc. and |
| | Pacific American Management Company |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 1, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
U.S.D.C, Northern District Court, Case No. C 11-02587 PSG

3

879253.1

## DECLARATION OF J. THOMAS BOER

I, J. Thomas Boer, declare as follows:

1. I am a partner in the law firm of Barg Coffin Lewis & Trapp LLP, attorneys of record for plaintiff Schlumberger Technology Corporation, Inc. ("Plaintiff") in this action. I have personal knowledge of each and all of the facts stated in this declaration, except where stated on information and belief. If called to testify as a witness, I could and would do so competently.

2. I have conferred with counsel for defendants East Charleston, Inc. ("ECI"), and Pacific American Management Company ("PAMCO"), and we have agreed that it would be beneficial to postpone the case management conference and the parties' obligations under Federal Rules of Civil Procedure Rule 26 until Defendants have served their responses to the complaint, so that counsel for the parties can have a more meaningful and productive Rule 26 conference.

3. There have been no prior time modifications in this case by stipulation or by Court order.

4. The requested time modification would have no significant impact on the schedule for the case.

5. Upon information and belief, a colleague of mine at Barg Coffin Lewis & Trapp LLP, spoke with Judge Grewal's scheduling clerk, who indicated that October 4, 2011 at 2:00 PM was an available time for a rescheduled Case Management Conference.

6. I exchanged electronic-mail correspondence with Jan Greben, counsel for ECI and PAMCO, on July 29 and he authorized me to sign the stipulation on his behalf and file via ECF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on July 29, 2011 at San Francisco, California.

/s/ TOM BOER            .

J. Thomas Boer

---

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
U.S.D.C, Northern District Court, Case No. C 11-02587 PSG

4

879253.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 350 California Street, 22nd Floor, San Francisco, California 94104.

On July 29, 2011, I served the following listed document(s), by method indicated below on the parties in this action:

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DECLARATION OF J. THOMAS BOER**

☐ by transmitting via facsimile the document(s) listed above to the fax number set forth below on this date before 5:00 p.m.

☐ by causing personal delivery overnight delivery by Federal Express of the document(s) listed above to the person at the address set forth below.

☐ by dispatching a messenger from my place of business with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose name is shown or the person who was apparently in charge of that person's office or residence.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5 p.m.

Mr. Jan Greben, Esq.
Greben & Associates
1332 Anacapa Street, Suite 110
Santa Barbara, CA  93101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 29, 2011, at San Francisco, California.

/s/ JOAN FLAHERTY

JOAN FLAHERTY

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
U.S.D.C, Northern District Court, Case No. C 11-02587 PSG

5

879253.1