**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Jeff Coyner, SBN 233499
jeff@grebenlaw.com
Danielle De Smeth, SBN 263309
danielle@grebenlaw.com

Attorneys for Defendant East Charleston, Inc. and
Defendant Pacific American Management Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY ACTIONS | **Case No. 5:11-cv-2587 PSG**<br><br>**STATUS REPORT REGARDING SCHLAGER PARTIES; [PROPOSED] ORDER** |

At the Case Management Conference last month, the Court requested an update regarding the status of Edward E. Schlager and Gladys M. Schlager (collectively "Schlager Parties") by March 15, 2012.

Counsel for defendants and third party plaintiffs East Charleston, Inc. and Pacific Management Company (collectively, "ECI/Pamco") have issued subpoenas to relatives of the Schlager Parties (who are deceased) seeking the identity and location of insurance coverage for

1
STATUS REPORT REGARDING SCHLAGER PARTIES; ORDER

the Schlagers. Responses to these subpoenas are due by April 11, 2012. Assuming there may be some delay in responses to the subpoenas, ECI/Pamco respectfully request that they be provided until May 1, 2012 to dismiss the Schlager Parties. May 1, 2012 is also the deadline for the parties in this case to move to add new parties.

                                             Respectfully Submitted,

Dated: March 6, 2012           GREBEN & ASSOCIATES

/s/ Jan A. Greben
JAN A. GREBEN
JEFF COYNER
DANIELLE DE SMETH
Attorneys for Defendants and Third Party Plaintiffs
East Charleston, Inc. and Pacific American
Management Company

**IT IS ORDERED THAT:**

    ECI/Pamco has until May 1, 2012 to dismiss or otherwise update the Court with status of service to the Schlager Parties.

Date: March 7, 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH