David F. Wood (State Bar No. 68063)
Jon-Erik W. Magnus (State Bar No. 278242)
Wood, Smith, Henning & Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600   Fax: 310-481-7650

Attorneys for Third Party Defendant, Counter-Claimant and Cross-Claimant ADVALLOY, INC. by and through Intervener GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California Corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTIONS. | Case No. 5:11-CV-02587-LHK<br><br>**ADVALLOY'S AGREEMENT TO BE BOUND BY THE PROTECTIVE ORDER; [PROPOSED] ORDER AS TO ADVALLOY BY AND THROUGH INTERVENER GREAT AMERICAN INSURANCE COMPANY**<br><br>Complaint Filed: 5/27/2011<br><br>[Assigned to U.S. District Judge Lucy H. Koh, Courtroom 8 - 4th Floor]<br><br>Discovery Cutoff: 10/1/2012<br>Motion Cutoff: 1/31/2013<br>Trial Date: 5/20/2013 |

Third Party Defendant Advalloy, Inc., by and through Intervener Great American Insurance Company (collectively "Advalloy"), agrees to be bound by the Stipulated Protective Order ("Protective Order") filed February 3, 2012 (ECF Document: 46). In order for the parties in this matter to exchange certain discovery, specifically for Advalloy to receive certain discovery, Advalloy needs to be subject to the Protective Order. Good cause exists to include Advalloy under the Protective Order to address the production of

/ / /

/ / /

confidential, proprietary and private information in this action in order to prevent the disclosure of such information in a manner that would compromise or injure the business interests of the Parties and otherwise allow Advalloy to participate in discovery.

                                      Respectfully submitted,

DATED: March 12, 2012          WOOD SMITH HENNING AND BERMAN

                                      By:      /s/Jon-Erik W. Magnus

                                       Attorneys for Third Party Defendant Advalloy, Inc., by and through Intervener Great American Insurance Company

**It is hereby ORDERED that:**

1.    Advalloy, Inc., by and through Intervener Great American Insurance Company having indicated its agreement to such, is bound by the Stipulated Protective Order (ECF Document: 46) as if it has been an original party under the Stipulated Protective Order.

DATED: March 13, 2012                                _/s/ Lucy H. Koh_

                                                   Hon. Lucy H. Koh