1  David F. Wood (State Bar No. 68063)
   Jon-Erik W. Magnus (State Bar No. 278242)
2  Wood, Smith, Henning & Berman LLP
   10960 Wilshire Boulevard, 18th Floor
3  Los Angeles, California 90024-3804
   Phone: 310-481-7600    Fax: 310-481-7650
4

5  Attorneys for Third Party Defendant, Counter-Claimant and Cross-Claimant ADVALLOY,
   INC. by and through Intervener GREAT AMERICAN INSURANCE COMPANY OF NEW
6  YORK

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

10

| | |
|---|---|
| 11  SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas Corporation, | Case No. 5:11-CV-02587-LHK |
| 12 | **ADVALLOY'S STATUS REPORT REGARDING THE SCHLAGER PARTIES; [PROPOSED] ORDER** |
| 13         Plaintiff, | |
| 14     v. | Complaint Filed: 5/27/2011 |
| 15  EAST CHARLESTON, INC., a California Corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation, | [Assigned to U.S. District Judge Lucy H. Koh, Courtroom 8 - 4th Floor] |
| 16 | |
| 17         Defendant. | Discovery Cutoff:   10/1/2012<br>Motion Cutoff:       1/31/2013<br>Trial Date:             5/20/2013 |
| 18 | |
| 19  AND RELATED CROSS ACTIONS. | |

20

21         At the Case Management Conference, February 15, 012, the Court requested that

22 the parties asserting claims against Edward E. Schlager and Gladys M. Schlager

23 (collectively, the "Schlagers") provide a status report on the Schlagers who are believed

24 to be deceased, or, in the alternative, dismiss the pending claims against the Schlagers.

25         Counsel for third-party defendant, Advalloy, Inc., by and through intervener Great

26 American Insurance, (collectively, "Advalloy") has made steps towards identifying what, if

27 any, viable assets may remain on behalf of the Schlagers and applicable to claims

28 asserted in this action. Specifically, Counsel for Advalloy has retained a private

investigator to locate family members and assets of the Schlagers. To date, these efforts have been met with limited success.  However, we continue to pursue all viable leads, including the identification of possible, surviving, family members.  Advalloy is in the process of contacting said members to determine what assets, if any, may be available to address claims against the Schlagers. Accordingly, Advalloy, respectfully requests that it be provided additional time, until May 1, 2012, to dismiss the Schlagers as Advalloy pursues all viable leads in its investigation. May 1, 2012 is the deadline for parties in this matter to move to add new parties.

Respectfully submitted,

DATED:  March 14, 2012          WOOD SMITH HENNING AND BERMAN

By:      /s/Jon-Erik W. Magnus

Attorneys for Third Party Defendant Advalloy, Inc., by and through Intervener Great American Insurance Company

**It is hereby ORDERED that:**

Advalloy has until May 1, 2012 to dismiss or otherwise update the Court with the status of service to the Schlagers.

DATED: March 22, 2012

*Lucy H. Koh*

Hon. Lucy H. Koh

LEGAL:05767-0003/2213645.1          -2-
ADVALLOY'S STATUS REPORT REGARDING THE SCHLAGERS; [PROPOSED] ORDER