RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
LAURA S. BERNARD (State Bar No. 197556); lsb@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:  (415) 228-5400
Fax:  (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION
and Third Party Defendant
FAIRCHILD SEMICONDUCTOR CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No.  C 11-02587 LHK<br><br>STIPULATION TO DISMISS COUNTERCLAIMS OF SCHLUMBERGER TECHNOLOGY CORPORATION AND FAIRCHILD SEMICONDUCTOR CORPORATION AGAINST GREAT AMERICAN INSURANCE COMPANY OF NEW YORK |

WHEREAS, third party defendant Advalloy, Inc. by and through Intervenor Great American Insurance Company of New York filed a cross-claim against Schlumberger Technology Corporation, Inc. ("STC"), Fairchild Semiconductor Corporation ("Fairchild") and Edward and Gladys Schlager on February 3, 2012 (the "Advalloy Cross-Claim") (Document 47-1);

WHEREAS, the Advalloy Cross-Claim contains certain language regarding costs incurred by Great American Insurance Company of New York ("Great American");

WHEREAS, STC and Fairchild filed counterclaims against third party defendant Advalloy, Inc. ("Advalloy") and against Intervenor Great American Insurance Company of New

York ("Great American") on February 27, 2012 (Documents 51 and 53) in light of the language in the Advalloy Cross-Claim;

WHEREAS, Great American filed a motion to dismiss the counterclaims brought by STC and Fairchild against it (the "Motion to Dismiss") (Documents 61-1 through 61-5);

WHEREAS, Great American asserts in the Motion to Dismiss that it did not bring any claims on behalf of itself in the Advalloy Cross-Claim;

IT IS HEREBY STIPULATED AND AGREED by and between STC, Fairchild, Advalloy and Great American through their respective counsel of records as follows:

1. The Advalloy Cross-Claim does not contain any claims by Great American on behalf of itself.

2. STC and Fairchild agree to dismiss without prejudice their counterclaims filed on February 27, 2012 with respect to Great American only. The counterclaims remain in effect with respect to Advalloy.

3. Great American's Motion to Dismiss is withdrawn.

DATED: March 29, 2012                BARG COFFIN LEWIS & TRAPP, LLP

                                     By: /s/ Laura S. Bernard
                                     Attorneys for Plaintiff
                                     Schlumberger Technology Corporation
                                     And Third Party Defendant
                                     Fairchild Semiconductor Corporation

DATED: March 29, 2012                WOOD, SMITH, HENNING & BERMAN LLP


                                     By: /s/ Jon-Erik Magnus
                                     Attorneys for Third Party Defendant Advalloy, Inc.
                                     by and through Intervenor Great American
                                     Insurance Company of New York

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 4, 2012

                                     _____
                                     Lucy H. Koh