**GREBEN & ASSOCIATES**
125 E DE LA GUERRA ST, SUITE 203
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Jeff Coyner, SBN 233499
jeff@grebenlaw.com
Danielle De Smeth, SBN 263309
danielle@grebenlaw.com

Attorneys for Defendant East Charleston, Inc. and Defendant Pacific American Management Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas corporation<br><br>Plaintiff,<br><br>vs.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants. | **Case No. 5:11-cv-2587 LHK**<br><br>**STIPULATION TO DISMISS THIRD PARTY DEFENDANT FAIRCHILD SEMICONDUCTOR CORPORATION AND ADD FAIRCHILD CAMERA AND INSTRUMENT CORPORATION AS A THIRD PARTY DEFENDANT TO THIRD PARTY COMPLAINT**<br><br>**[PROPOSED ORDER]** |
| AND RELATED COUNTER, CROSS AND THIRD PARTY ACTIONS | |

///

///

///

1

1    **IT IS HEREBY STIPULATED AND AGREED** by and between all parties to the
2    action through their respective counsel of record as follows:
3    1.    EAST CHARLESTON, INC. ("ECI") and PACIFIC AMERICAN MANAGEMENT
4    COMPANY ("PAMCO") filed a Third Party Complaint against Third Party Defendant
5    FAIRCHILD SEMICONDUCTOR CORPORATION ("New Fairchild") on August 23, 2011.
6    Advalloy, Inc., filed crossclaims against New Fairchild on February 3, 2012.
7    2.    As explained in Schlumberger Technology Corporation's ("Plaintiff") responses to
8    PAMCO's first set of special interrogatories, "the incorrect Fairchild has been named and served
9    via ECI's and PAMCO's third-party complaint.  Since the New Fairchild did not lease the Site
10   and was not, in fact, incorporated until 1997, it has extremely limited information about the
11   matters alleged in the third-party complaint and is not an appropriate defendant in this action."
12   3.    Based upon the new information provided by Plaintiff, the parties stipulate to permit ECI
13   and PAMCO to amend their complaint to allege claims against the successor to the Fairchild
14   entity that operated at the property at issue in this litigation - a Delaware corporation known as
15   National Semiconductor (Maine), Inc. - as stated in the proposed First Amended Third Party
16   Complaint attached as Exhibit "A."
17   4.    Accordingly, the parties hereto stipulate as follows:
18        A.   New Fairchild shall be entirely dismissed from this Action without prejudice;
19        B.   Counterclaims filed by New Fairchild in this action shall be dismissed without
20   prejudice;
21        C.   ECI and PAMCO may file the First Amended Third Party Complaint attached as
22   Exhibit "A" against National Semiconductor (Maine), Inc., as the successor to Fairchild Camera
23   and Instrument Corporation and Fairchild Semiconductor Corporation;
24        D.   Following filing of the First Amended Third Party Complaint attached as Exhibit
25   "A," the new third-party defendant National Semiconductor (Maine), Inc., shall have twenty
26   (20) days to file an answer and any compulsory counterclaim or crossclaim.
27
28

IT IS SO STIPULATED.

Dated: April 27, 2012

BARG COFFIN LEWIS & TRAPP

/s/ Tom Boer

J. THOMAS BOER
Attorneys for Plaintiff and Counter-Defendant SCHLUMBERGER TECHNOLOGY CORPORATION, INC. and Third Party Defendant FAIRCHILD SEMICONDUCTOR CORPORATION

Dated: April 27, 2012

GREBEN & ASSOCIATES

/s/ Jan A. Greben

JAN A. GREBEN
JEFF COYNER
DANIELLE DE SMETH
Attorneys for Defendants and Third Party Plaintiffs East Charleston, Inc. and Pacific American Management Company

Dated: April 27, 2012

WOOD, SMITH, HENNING & BERMAN LLP

/s/ David F. Wood

DAVID F. WOOD
JON-ERIK W. MAGNUS
Attorneys for Third Party Defendant and Counter-Claimant, ADVALLOY, INC. by and throughIntervener GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

IT IS SO ORDERED.

Dated: May 3, 2012

*Lucy H. Koh*

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE