RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
LAURA S. BERNARD (State Bar No. 197556); lsb@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION, INC.
and Third Party Defendant
NATIONAL SEMINCONDUCTOR (MAINE), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. C 11-02587 LHK<br><br>[PROPOSED] CASE MANAGEMENT ORDER NO. 3 |

Plaintiff Schlumberger Technology Corporation ("STC"), defendants East Charleston, Inc. ("ECI") and Pacific American Management Company ("PAMCO"), and third party defendants National Semiconductor (Maine), Inc. ("NSM") and Advalloy, Inc. ("Advalloy") by and through intervenor Great American Insurance Company of New York (collectively "Parties") submit the following proposed Case Management Order No. 3.

The original Minute Order and Case Management Order filed November 22, 2011 (the "CMO") modified discovery limits by specifying the number of interrogatories allowed "per side." Since the CMO was entered, NSM and Advalloy have been added as third parties. Modification to the CMO therefore is necessary to clarify the language modifying discovery

limits for each "side" and to allow the Parties an adequate number of interrogatories to conduct discovery in this complex environmental matter.

The Parties stipulate to the following modifications to the CMO:

1. The language "Each side is allowed 50 interrogatories" is changed to "Each named party is allowed 35 interrogatories against each other named party."

2. The language "Each side is allowed 20 depositions" is changed to "Each named party is allowed 10 depositions."

IT IS SO STIPULATED.

DATED: May 30, 2012                    BARG COFFIN LEWIS & TRAPP, LLP


By: /s/ Laura S. Bernard
Attorneys for Plaintiff
Schlumberger Technology Corporation, Inc.
and Third Party Defendant
National Semiconductor (Maine), Inc.

DATED: May 30, 2012                    GREBEN & ASSOCIATES


By: /s/ Jan Greben (as authorized on 5/29/12)
JAN A. GREBEN
JEFF COYNER
DANIELLE DE SMETH
Attorneys for Defendants
East Charleston, Inc. and Pacific American Management Company

DATED: May 30, 2012                    GREBEN & ASSOCIATES


By: /s/ Emil A. Macasinag (as authorized on 5/29/12)
DAVID F. WOOD
EMIL A. MACASINAG
JON-ERIK W. MAGNUS
Attorneys for Third Party Defendant
Advalloy, Inc. by and through Intervener Great American Insurance Company of New York

IT IS SO ORDERED.

Dated: June 11, 2012

/s/ Lucy H. Koh
LUCY H. KOH
United States District Judge

---

[PROPOSED] CASE MANAGEMENT ORDER NO. 3
Case No. C 11-02587 PSG

2

995900.3