David F. Wood (State Bar No. 68063)
Emil A. Macasinag (State Bar No. 256953)
Jon-Erik W. Magnus (State Bar No. 278242)
Wood, Smith, Henning & Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600     Fax: 310-481-7650

Attorneys for Third Party Defendant, Counter-Claimant and Cross-Claimant ADVALLOY, INC. by and through Intervenor GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California Corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTIONS. | Case No. 5:11-CV-02587-LHK<br><br>**STIPULATION ALLOWING ADVALLOY, INC. TO AMEND ITS CROSS CLAIMS; [PROPOSED] ORDER**<br><br>Complaint Filed:  5/27/2011<br>First Amended Third Party Complaint Filed:  5/16/12<br><br>[Assigned to U.S. District Judge Lucy H. Koh, Courtroom 8 - 4th Floor]<br><br>Discovery Cutoff:     10/1/2012<br>Motion Cutoff:         1/31/2013<br>Trial Date:               5/20/2013 |

**WHEREAS**, ADVALLOY, INC. ("ADVALLOY") by and through Intervenor GREAT AMERICAN INSURANCE COMPANY OF NEW YORK ("GREAT AMERICAN") filed cross claims on February 3, 2012 (Docket 47-1), naming, among others, FAIRCHILD SEMICONDUCTOR CORPORATION ("FAIRCHILD");

**WHEREAS**, FAIRCHILD was entirely dismissed from this action without prejudice, pursuant to the parties' stipulation and the Court's Order (Docket 69, filed May 3, 2012);

**WHEREAS**, EAST CHARLESTON, INC. ("ECI") and PACIFIC AMERICAN MANAGEMENT COMPANY ("PAMCO") filed their First Amended Third Party Complaint

naming NATIONAL SEMICONDUCTOR (MAINE), INC. ("NSM") as the successor to FAIRCHILD and FAIRCHILD CAMERA AND INSTRUMENT CORPORATION ("FCIC") on May 16, 2012 (Docket 70);

**WHEREAS**, ADVALLOY wishes to amend its cross claims in order to (1) name NSM as the successor to FAIRCHILD and FCIC; and (2) remove allegations regarding EDWARD E. SCHLAGER and GLADYS M. SCHLAGER, who ADVALLOY voluntarily dismissed, without prejudice, on May 24, 2012 (Docket 78); and

**WHEREAS**, ECI, PAMCO, NSM, and SCHLUMBERGER TECHNOLOGY CORPORATION, INC. ("STC") wish to allow ADVALLOY's amendment to its pleading in order to bring alignment to the parties and claims in this action;

**IT IS HEREBY STIPULATED AND AGREED** by and between ADVALLOY, ECI, PAMCO, NSM, and STC, through their respective counsel, that: 1) ADVALLOY may file its amended cross claims, attached hereto as "Exhibit A;" and 2) following the filing of ADVALLOY's amended cross claims, STC and NSM shall have twenty (20) days to file responses and any compulsory counterclaims or cross claims.

DATED: May 29, 2012                WOOD, SMITH, HENNING & BERMAN LLP

By:   */s/ Emil A. Macasinag*
EMIL A. MACASINAG
Attorneys for Third Party Defendant and Cross-Claimant ADVALLOY, INC. by and through Intervenor GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

DATED: May 29, 2012                BARG COFFIN LEWIS & TRAPP, LLP

By:   */s/ Laura S. Bernard*
LAURA S. BERNARD
Attorneys for Plaintiff SCHLUMBERGER TECHNOLOGY CORPORATION, INC. and Third Party Defendant NATIONAL SEMICONDUCTOR (MAINE), INC.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600   FAX 310-481-7650

1  DATED: May 29, 2012					GREBEN & ASSOCIATES

3							By:    */s/ Jan A. Greben*
							       JAN A. GREBEN
4							Attorneys for Defendants and Third Party Plaintiffs
							EAST CHARLESTON, INC. and PACIFIC
5							AMERICAN MANAGEMENT COMPANY

8  **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9  DATED:  June 11, 2012

							_____
							HONORABLE LUCY H. KOH

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600   FAX 310-481-7650

LEGAL:05767-0003/2283102.1			-3-
STIPULATION ALLOWING ADVALLOY, INC. TO AMEND ITS CROSS CLAIMS; [~~PROPOSED~~] ORDER