David F. Wood (State Bar No. 68063)
Emil A. Macasinag (State Bar No. 256953)
Jon-Erik W. Magnus (State Bar No. 278242)
Wood, Smith, Henning & Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600   Fax: 310-481-7650

Attorneys for Third Party Defendant, Counter-Claimant and Cross-Claimant ADVALLOY, INC. by and through Intervenor GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California Corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendant.<br><br>AND RELATED CROSS ACTIONS. | Case No. 5:11-CV-02587-LHK<br><br>**STIPULATION ALLOWING ADVALLOY, INC. TO FILE SECOND AMENDED CROSSCLAIM**<br><br>Complaint Filed:  5/27/2011<br>First Amended Third Party Complaint Filed:  5/16/12<br><br>[Assigned to U.S. District Judge Lucy H. Koh, Courtroom 8 - 4th Floor]<br><br>Discovery Cutoff:  10/1/2012<br>Motion Cutoff:      1/31/2013<br>Trial Date:           5/20/2013 |

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties through their respective counsel of record as follows:

1.   Pursuant to the parties' Stipulation Allowing Advalloy, Inc. to Amend its Cross Claims (Dkt. 84, filed May 30, 2012) and Order (Dkt. 90, filed Jun. 11, 2012), ADVALLOY, INC. ("ADVALLOY") by and through Intervenor GREAT AMERICAN INSURANCE COMPANY OF NEW YORK filed its First Amended Cross Claims against SCHLUMBERGER TECHNOLOGY CORPORATION, INC. ("STC") and NATIONAL SEMICONDUCTOR (MAINE) ("NSM") (Dkt. 91, filed Jun. 13, 2012).

2. An allegation regarding STC's liability, which was in ADVALLOY'S initial cross claims, was inadvertently omitted from its First Amended Cross Claims.

3. The parties stipulate to allow ADVALLOY to file its proposed Second Amended Cross Claims with the STC allegation, attached hereto as Exhibit "A."

4. Neither STC nor NSM has responded to ADVALLOY's First Amended Cross Claims, and the time to file such responses has not yet passed. The parties further stipulate that, in light of ADVALLOY's proposed Second Amended Cross Claims, STC and NSM need not respond to ADVALLOY's First Amended Cross Claims. Following the filing of ADVALLOY's Second Amended Cross Claims, STC and NSM shall have twenty (20) days to file responses and any compulsory counterclaims or cross claims.

DATED: June 29, 2012        WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Emil A. Macasinag*
DAVID F. WOOD
EMIL A. MACASINAG
JON-ERIK W. MAGNUS
Attorneys for Third Party Defendant, Counter-Claimant and Cross-Claimant ADVALLOY, INC. by and through Intervenor GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

DATED: June 29, 2012        BARG COFFIN LEWIS & TRAPP, LLP

By: */s/ Laura S. Bernard*
LAURA S. BERNARD
Attorneys for Plaintiff SCHLUMBERGER TECHNOLOGY CORPORATION, INC. and Third Party Defendant NATIONAL SEMICONDUCTOR (MAINE), INC.

DATED: June 29, 2012             GREBEN & ASSOCIATES

                                 By:    */s/ Jan A. Greben*
                                        JAN A. GREBEN
                                 Attorneys for Defendants and Third Party Plaintiffs
                                 EAST CHARLESTON, INC. and PACIFIC
                                 AMERICAN MANAGEMENT COMPANY

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED:  July 9, 2012

                                        *Lucy H. Koh*
                                 HONORABLE LUCY H. KOH

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600   FAX 310-481-7650