RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
LAURA S. BERNARD (State Bar No. 197556); lsb@bcltlaw.com
ESTIE M. KUS (State Bar No. 239523); emk@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION, INC.
and Third Party Defendant
NATIONAL SEMICONDUCTOR (MAINE), INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants. | Case No. C 11-02587 LHK<br><br>[PROPOSED] ORDER MODIFYING DISCOVERY SCHEDULE |
| AND RELATED ACTIONS | |

Pursuant to the Stipulation and [Proposed] Order Modifying Discovery Schedule, and for good cause shown, it is hereby ordered that the discovery and mediation schedule shall be modified as follows:

| | **Current Date** | **Modified Date** |
|---|---|---|
| Mediation | November 2, 2012 | December 15, 2012 |
| Fact Discovery Cutoff | October 1, 2012 | October 26, 2012 |

///

| | | | |
|---|---|---|---|
| 1 | Expert Discovery Deadlines | November 1, 2012 | November 15, 2012 |
| 2 | - Opening Reports Due | December 6, 2012 | December 13, 2012 |
| 3 | - Rebuttal Reports Due | January 17, 2013 | **NO CHANGE** |
| 4 | - Close of Expert Discovery | | |
| 5 | Last day dispositive motions may be filed | January 31, 2013 | **NO CHANGE** |
| 7 | Last day dispositive motions may be set for hearing | March 7, 2013 | **NO CHANGE** |
| 9 | Pretrial Conference | April 24, 2013 at 2 p.m. | **NO CHANGE** |
| 10 | Trial Date | May 20, 2013 at 9 a.m. | **NO CHANGE** |

**IT IS SO ORDERED.**

Dated:

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

[PROPOSED] ORDER MODIFYING DISCOVERY SCHEDULE
Case No. C 11-02587 LHK

2

1042117.1