WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600   FAX 310-481-7650

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EAST CHARLESTON, INC., a California Corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS ACTIONS. | Case No. 5:11-CV-02587-LHK<br><br>**[PROPOSED]** ORDER GRANTING REQUEST BY ADVALLOY, INC. TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date:　　January 2, 2013<br>Time:　　2:00 p.m.<br>Crtrm.:　8<br><br>Complaint Filed: 5/27/2011<br><br>[Assigned to U.S. District Judge Lucy H. Koh, Courtroom 8 - 4th Floor]<br><br>Discovery Cutoff:　10/1/2012<br>Motion Cutoff:　　 1/31/2013<br>Trial Date:　　　　 5/20/2013 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEGAL:05767-0003/2500108.1

-1-

[PROPOSED] ORDER GRANTING REQUEST BY ADVALLOY, INC. TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE

1       For the reasons set forth in the Request by Third Party Defendant, Counter-Claimant and Cross-Claimant ADVALLOY, INC. by and through Intervenor GREAT AMERICAN INSURANCE COMPANY OF NEW YORK ("Advalloy") to appear telephonically at the Further Case Management Conference hearing scheduled for January 2, 2013, the Court hereby finds good cause for the request and grants permission to Counsel for Advalloy to appear telephonically at the Further Case Management Conference to be heard on January 2, 2013, at 2:00 p.m.

Dated: December 31, 2012

                                                Honorable Lucy H. Koh
                                                United States District Judge