**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283225
brett@grebenlaw.com

Attorneys for Defendants EAST CHARLESTON, INC. and
PACIFIC AMERICAN MANAGEMENT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas Corporation;<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California Corporation, and PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation;<br><br>Defendants. | Case No.: 5:11-CV-02587-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DAUBERT AND IN LIMINE MOTIONS** |
| RELATED CROSS AND COUNTER-CLAIMS | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Schlumberger Technology Corporation, Inc. and Defendants East Charleston, Inc., and Pacific American Management Company, through their respective counsel:

1. The Court has scheduled May 2, 2013 at 1:30 p.m. as the hearing date for any Daubert motions these parties intend to pursue. These parties stipulate that any such motion must be filed by March 14, 2013, and any opposition must be filed by April 11, 2013. The Court has previously ordered that no replies shall be filed.
2. The Court has scheduled May 16, 2013 at 1:30 p.m. as the hearing date for any in limine motions these parties intend to pursue. These parties stipulate that any such motion must be filed by March 28, 2013 and any opposition must be filed by April 25, 2013. The Court has previously ordered that no replies shall be filed.

Dated: January 7, 2013　　　　GREBEN & ASSOCIATES

　/s/ Jan A. Greben
Jan A. Greben
Brett A. Boon
Attorneys for Defendants EAST CHARLESTON, INC., a California Corporation, and PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation

Dated: January 7, 2013　　　　BARG COFFIN LEWIS & TRAPP LLP

　/s/ J. Tom Boer
J. Tom Boer
Estie M. Kus
Nicole M. Martin
Attorneys for Plaintiff SCHLUMBERGER TECHNOLOGY CORPORATION, INC. and Third-Party Defendant NATIONAL SEMICONDUCTOR (MAINE), INC.

Pursuant to stipulation, any Daubert motions must be filed by March 14, 2013, and any oppositions must be filed by April 11, 2013. Any in limine motions must be filed by March 28, 2013, and any oppositions must be filed by April 25, 2013.

**IT IS SO ORDERED**

Date: January 8, 2013

_____
HON. LUCY H. KOH, JUDGE FOR THE
UNITED STATES DISTRICT COURT