**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
  Email: friedman@lbbslaw.com
JOSEPH A. SALAZAR JR., SB# 169551
  Email: jsalazar@lbbslaw.com
ROBERT W. FARRELL, SB# 107461
  Email: farrell@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone:  415.362.2580
Facsimile:   415.434.0882

Attorneys for TRAVELERS CASUALTY AND SURETY COMPANY fka THE AETNA CASUALTY AND SURETY COMPANY As Alleged Insurer of Suspended Corporation Third-Party Defendant ADVALLOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC. a Texas Corporation,<br><br>            Plaintiff,<br><br>        v.<br><br>EAST CHARLESTON, INC., a California Corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation;<br><br>            Defendants.<br><br>EAST CHARLESTON, INC. a California Corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>            Counter-Claimants,<br><br>        v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION, INC. a Texas Corporation;<br><br>            Counter-Defendant. | CASE NO. 5:11-CV-02587-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE TRAVELERS CASUALTY AND SURETY COMPANY fka THE AETNA CASUALTY AND SURETY COMPANY INTERVENTION IN ACTION AS ALLEGED INSURER OF SUSPENDED CORPORATION THIRD-PARTY DEFENDANT ADVALLOY, INC.**<br><br>Complaint Filed: 5/27/11<br>Trial Date:  7/15/13 |

STIPULATION AND [PROPOSED] ORDER RE TRAVELERS CASUALTY AND SURETY COMPANY fka THE AETNA CASUALTY AND SURETY COMPANY INTERVENTION IN ACTION AS ALLEGED INSURER OF SUSPENDED CORPORATION THIRD-PARTY DEFENDANT ADVALLOY, INC.

| | |
|---|---|
| 1 | EAST CHARLESTON, INC. a California Corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation, |
| 2 | |
| 3 | |
| 4 | Third Party Plaintiffs, |
| 5 | v. |
| 6 | NATIONAL SEMICONDUCTOR (MAINE). a Delaware Corporation; ADVALLOY INC. a Suspended California Corporation; EDWARD E. SCHLAGER, an individual and GLADYS M. SCHLAGER, an individual; |
| 7 | |
| 8 | |
| 9 | Third Party Defendants. |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HEREIN THROUGH THEIR RESPECTIVE COUNSEL OF RECORD AS FOLLOWS:

WHEREAS, Third Party Defendant, Counter Defendant and Cross Defendant ADVALLOY, INC. ("ADVALLOY"), a suspended California Corporation, has appeared in this action by and through Intervenor GREAT AMERICAN INSURANCE COMPANY ("GREAT AMERICAN"), which has filed responsive pleadings and cross claims in the action on behalf of ADVALLOY;

WHEREAS, TRAVELERS CASUALTY AND SURETY COMPANY formerly known as THE AETNA CASUALTY AND SURETY COMPANY ("TRAVELERS"), allegedly issued a policy or policies of insurance to ADVALLOY and now seeks leave to intervene in this action as an alleged insurer of ADVALLOY;

WHEREAS, subject to the understanding that all existing dates established by the Court in this action will remain in place, Plaintiff and Cross Defendant SCHLUMBERGER TECHNOLOGY CORPORATION ("STC"), Defendants and Third-Party Plaintiffs EAST CHARLESTON INC. and PACIFIC AMERICAN MANAGEMENT COMPANY ("collectively, "THIRD PARTY PLAINTIFFS") Third Party Defendant and Cross-Defendant NATIONAL SEMICONDUCTOR (MAINE) INC. ("NSM") and GREAT AMERICAN hereby stipulate and agree that TRAVELERS may intervene in this action as an alleged insurer of ADVALLOY.

4843-6061-5954.1     2     5:11-CV-02587-LHK

STIPULATION AND [PROPOSED] ORDER RE TRAVELERS CASUALTY AND SURETY COMPANY fka THE AETNA CASUALTY AND SURETY COMPANY INTERVENTION IN ACTION AS ALLEGED INSURER OF SUSPENDED CORPORATION THIRD-PARTY DEFENDANT ADVALLOY, INC.

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

SO STIPULATED AND AGREED.

Dated: January 10, 2013            LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /S/ Robert W. Farrell
Glenn A. Friedman
Joseph A. Salazar, Jr.
Robert W. Farrell
Attorneys for TRAVELERS CASUALTY AND SURETY COMPANY fka THE AETNA CASUALTY AND SURETY COMPANY As Alleged Insurer of Suspended Corporation Third-Party Defendant ADVALLOY, INC.

Dated: January 10, 2013            GREBEN & ASSOCIATES

By     /S/ Jan Adam Greben
Jan Adam Greben
Attorneys for Defendants and Third Party Plaintiffs
EAST CHARLESTON, INC. and PACIFIC AMERICAN MANAGEMENT COMPANY

Dated:  January 10, 2013           BARG COFFIN LEWIS & TRAPP LLP

By     /S/ Tom Joel Boer
Tom Joel Boer
Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION INC. and Third Party Defendant NATIONAL SEMICONDUCTOR (MAINE) INC.

Dated:  January 10, 2013           WOOD, SMITH, HENNING & BERMAN LLP

By     /S/ Emil A. Macasinag
Emil A. Macasinag
Attorneys for Third Party Defendant, Counter-Claimant and Cross-Claimant ADVALLOY INC. by and through Intervenor GREAT AMERICAN INSURANCE COMPANY OF NEW YORK
.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

By  /S/ Robert W. Farrell
Robert W. Farrell

## ORDER

Pursuant to the provisions of Federal Rules of Civil Procedure Rule 24 and the Stipulation of the parties, IT IS HEREBY ORDERED that TRAVELERS may intervene in this action as an alleged insurer of ADVALLOY.

DATED: January 11, 2013

By: *Lucy H. Koh*
LUCY H. KOH
United States District Judge