RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
ESTIE M. KUS (State Bar No. 239523); emk@bcltlaw.com
NICOLE M. MARTIN (State Bar No. 267230); nmm@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION, INC.
and Third Party Defendant
NATIONAL SEMICONDUCTOR (MAINE), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case No. CV 11-02587 LHK<br><br>[PROPOSED] ORDER RE: AMENDMENT OF CASE MANAGEMENT ORDER TO ALLOW FOR COMPLETION OF EXPERT DISCOVERY |

Pursuant to the Stipulation and [Proposed] Order Re: Amendment of Case Management Order to Allow for Completion of Expert Discovery, and for good cause shown, it is hereby ordered that the case management order be modified as follows:

| Event | Current Date | Modified Date |
|---|---|---|
| Expert Discovery Deadlines | - | - |
| - Opening Reports Due | November 15, 2012 | **NO CHANGE** |
| -Rebuttal Reports Due | December 13, 2012 | **NO CHANGE** |
| - Close of Expert Discovery | January 17, 2013 | **January 25, 2013** |

STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT OF CASE MANAGEMENT ORDER TO ALLOW FOR COMPLETION OF EXPERT DISCOVERY
U.S.D.C, Northern District Court, Case No. C 11-02587 PSG

5

1095030.1

| | | |
|---|---|---|
| Last day dispositive motions may be filed | January 31, 2013 | **NO CHANGE** |
| Last day dispositive motions filed by Schlumberger, ECI, or PAMCO may be set for hearing | March 7, 2013 | **NO CHANGE** |
| Last day dispositive motions filed by Travelers may be set for hearing | April 25, 2013 | **NO CHANGE** |
| Further Case Management Conference | March 7, 2013 at 1:30 p.m. | **NO CHANGE** |
| Hearing on Daubert Motions | May 2, 2013 at 1:30 p.m. | **NO CHANGE** |
| Pretrial Conference | May 16, 2013 at 1:30 p.m. | **NO CHANGE** |
| Jury Trial Dates | July 15, 16, 19, 22, 23, 26, 29, and 30, 2013 and August 5 and 6, 2013 from 9:00 a.m. to noon, and from 1:00 to 4:30 p.m. in courtroom 8, 4th floor | **NO CHANGE** |

**IT IS SO ORDERED.**

Dated: January 14, 2013

*Lucy H. Koh*

Honorable Lucy H. Koh
United States District Court

STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT OF CASE MANAGEMENT ORDER TO ALLOW FOR COMPLETION OF EXPERT DISCOVERY
U.S.D.C, Northern District Court, Case No. C 11-02587 PSG

6

1095030.1