RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
ESTIE M. KUS (State Bar No. 239523); emk@bcltlaw.com
NICOLE M. MARTIN (State Bar No. 267230); nmm@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION, INC.
and Third Party Defendant
NATIONAL SEMICONDUCTOR (MAINE), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case No. CV 11-02587 LHK<br><br>[PROPOSED] ORDER TO DISMISS PORTER COLOGNE ACT THIRD PARTY CLAIMS, COUNTERCLAIMS AND CROSS-CLAIMS |

Pursuant to the Stipulation and [Proposed] Order To Dismiss Porter Cologne Act Third Party Claims, Counterclaims, and Cross-Claims, and for good cause shown, it is hereby ordered that the following claims shall be dismissed with prejudice:

- East Charleston, Inc., and Pacific American Management Company's Counterclaims Against Plaintiff Schlumberger Technology Corporation, Inc., Docket No. 11 (Eighth Claim for Relief);

[PROPOSED] ORDER TO DISMISS PORTER COLOGNE ACT THIRD PARTY CLAIMS, COUNTERCLAIMS AND CROSS-CLAIMS
U.S.D.C, Northern District Court, Case No. C 11-02587 PSG

1

1100924.2

- East Charleston, Inc. and Pacific American Management Company's First Amended Third Party Complaint, Docket No. 70 (Eighth Claim for Relief);
- Advalloy, Inc.'s Second Amended Cross Claims Against Schlumberger Technology Corporation, Inc. and National Semiconductor (Maine), Docket No. 99 (Fifth Cross-Claim for Relief).

Each party shall bear their own attorneys' fees and costs with respect to dismissal of these claims.

**IT IS SO ORDERED.**

DATED: February 5, 2013

*Lucy H. Koh*
Lucy H. Koh

[PROPOSED] ORDER TO DISMISS PORTER COLOGNE ACT THIRD PARTY CLAIMS, COUNTERCLAIMS AND CROSS-CLAIMS
U.S.D.C, Northern District Court, Case No. C 11-02587 PSG

2

1100924.2