UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas Corporation,<br><br>Plaintiff,<br>v.<br><br>EAST CHARLESTON, INC., a California Corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No.: 11-CV-02587-LHK<br><br>ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CLARIFY AND CONSOLIDATE CASE SCHEDULE |

Having considered the parties' Stipulation Re: Amendment of Case Management Order to Clarify and Consolidate Filing Deadlines and Hearing Dates, ECF No. 206, and the record in this case, the Court rules as follows:

The Court GRANTS the parties' request to have Traveler's motion for summary judgment heard on April 25, 2013, at 1:30 p.m. along with PAMCO's and STC/NSM's motions for summary judgment.

The Court DENIES the parties' request to have motions in limine heard on May 16, 2013. The Court will hear argument on the parties' Daubert motions on May 16, 2013. Oppositions to Daubert motions are due on April 11, 2013. The Court will hear argument on motions in limine and the motion regarding a jury trial at the June 20, 2013 Pretrial Conference. Oppositions to motions in limine are due on April 25, 2013. The parties shall suggest a briefing schedule on the

1

Case No.: 11-CV-02587-LHK
ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CLARIFY AND CONSOLIDATE CASE SCHEDULE

motion regarding a jury trial in their April 18, 2013 Joint Case Management Statement. The Court strongly encourages the parties to resolve the jury trial issue during their meet and confer sessions.

**IT IS SO ORDERED.**

Dated: April 1, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-02587-LHK
ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CLARIFY AND CONSOLIDATE CASE SCHEDULE