RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
ESTIE M. KUS (State Bar No. 239523); emk@bcltlaw.com
NICOLE M. MARTIN (State Bar No. 267230); nmm@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION, INC.
and Third Party Defendant
NATIONAL SEMICONDUCTOR (MAINE), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case No. CV 11-02587 LHK<br><br>STIPULATION TO WITHDRAWAL OF JURY DEMAND AND CONSENT TO NONJURY TRIAL<br><br>Fed. R. Civ. P. 38(d), 39(a)(1) |

## **STIPULATION**

WHEREAS, Defendants East Charleston, Inc. ("ECI") and Pacific American Management Company ("PAMCO") have demanded a jury trial in this action pursuant to Federal Rule of Civil Procedure 38 [Docket for Case No. CV 11-02587 LHK Nos. 10, 54, 70, 93, and 154];

WHEREAS, none of the other parties in this action filed a demand for a jury trial in this action; and

WHEREAS, the parties seek to have all issues in this matter tried by the Court in the absence of a jury;

NOW THEREFORE, consistent with Federal Rules of Civil Procedure 38(d) and 39(a)(1), Civil Local Rule 7-12, and the Court's April 1, 2013 Order Granting in Part and Denying in Part Stipulation to Clarify and Consolidate Case Schedule, the Parties jointly stipulate to, and ask the Court to enter the attached Proposed Order providing that all issues in this case will be tried before the bench.  The Parties, through their counsel of record, further stipulate to the following:

ECI and PAMCO  hereby withdraw their demand for jury trial and consent to a nonjury trial by the Court of all issues in this action, pursuant to Federal Rules of Civil Procedure 38(d) and 39(a)(1).

DATED:  April 15, 2013            GREBEN & ASSOCIATES

                                  By:   /s/ JAN A. GREBEN
                                         JAN A. GREBEN
                                         Attorneys for Defendants
                                         East Charleston, Inc. and
                                         Pacific American Management Company

///

///

///

Schlumberger Technology Corporation, Inc., National Semiconductor (Maine), Inc., Advalloy, Inc., by and through Intervenor Great American Insurance Company of New York, and Intervenor Travelers Casualty and Surety Company fka The Aetna Casualty and Surety Company, as Alleged Insurer of Suspended Corporation Third-Party Defendant Advalloy, Inc., hereby stipulate their consent to a nonjury trial by the Court of all issues in this case and consent to ECI and PAMCO's withdrawal of their jury demand, pursuant to Federal Rules of Civil Procedure 38(d) and 39(a)(1).

DATED: April 15, 2013          BARG COFFIN LEWIS & TRAPP, LLP

                               By: /s/ J. THOMAS BOER
                                   J. THOMAS BOER
                                   Attorneys for Plaintiff
                                   Schlumberger Technology Corporation, Inc.

DATED: April 17, 2013          WOOD, SMITH, HENNING & BERMAN LLP

                               By: /s/ EMIL A. MACASINAG
                                   EMIL A. MACASINAG
                                   Attorneys for Third Party Defendant,
                                   Counter-Claimant and Cross-Claimant
                                   ADVALLOY INC. by and through
                                   Intervenor GREAT AMERICAN
                                   INSURANCE COMPANY OF NEW YORK

DATED: April 17, 2013          LEWIS BRISBOIS BISGAARD & SMITH LLP

                               By: /s/ JOSEPH A. SALAZAR JR.
                                   JOSEPH A. SALAZAR JR.
                                   Attorneys for INTERVENOR TRAVELERS
                                   CASUALTY AND SURETY COMPANY
                                   fka THE AETNA CASUALTY AND
                                   SURETY COMPANY As Alleged Insurer of
                                   Suspended Corporation Third- Party
                                   Defendant ADVALLOY, INC.

RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
ESTIE M. KUS (State Bar No. 239523); emk@bcltlaw.com
NICOLE M. MARTIN (State Bar No. 267230); nmm@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:  (415) 228-5400
Fax:  (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION, INC.
and Third Party Defendant
NATIONAL SEMICONDUCTOR (MAINE), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case No. CV 11-02587 LHK<br><br>[PROPOSED] ORDER RE: WITHDRAWAL OF JURY DEMAND AND CONSENT TO NONJURY TRIAL |

**[PROPOSED] ORDER**

Pursuant to the Stipulation and [Proposed] Order Re: Withdrawal of Jury Demand and Consent to Nonjury Trial, the Court approves the withdrawal of the jury demand by East Charleston, Inc., and Pacific American Management Company, and it is hereby ordered that all issues in this case will be tried by bench trial.

**IT IS SO ORDERED.**

Dated: __April 18__, 2013            *Lucy H. Koh*
                                      Honorable Lucy H. Koh
                                      United States District Court