RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
ESTIE M. KUS (State Bar No. 239523); emk@bcltlaw.com
NICOLE M. MARTIN (State Bar No. 267230); nmm@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION, INC.
and Third Party Defendant
NATIONAL SEMICONDUCTOR (MAINE), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants. | Case No. CV 11-02587 LHK<br><br>**[PROPOSED] ORDER RE: SETTLEMENT CONFERENCE AND REQUEST TO EXTEND TIME FOR FILING OF PRETRIAL STATEMENT TO FACILITATE SETTLEMENT NEGOTIATIONS** |
| AND RELATED CASES | |

[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING PRETRIAL STATEMENT
Case No. CV 11-02587 LHK

2682069.1

### [PROPOSED] ORDER

Pursuant to the Joint Status Report and Stipulation of the Parties Re: Settlement Conference and Request to Extend Time for Filing of Pretrial Conference Statement to Facilitate Settlement Negotiations, and for good cause shown, it is hereby ordered that the deadline for filing of the Joint Pretrial Conference Statement is hereby extended by one week to June 13, 2013, in order to facilitate settlement negotiations.  The Parties will file an additional Joint Status Report re: Settlement on or before June 11, 2013.  All other dates in the Case Management Order, including the date of the Pretrial Conference on June 20, 2013, remain unchanged.

**IT IS SO ORDERED.**

Dated:  May 30    , 2013                    _/s/ Lucy H. Koh_____
                                             Honorable Lucy H. Koh
                                             United States District Court