UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas Corporation | ) ) ) | Case No.: 11-CV-02587-LHK |
| Plaintiff, v. | ) ) ) ) | ORDER RE: POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| EAST CHARLESTON, INC., a California Corporation, et al., | ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CASES | ) ) ) | |

As set forth in the Court's Standing Order for Bench Trials, at least 7 days prior to the Pretrial Conference, each party shall file and serve proposed findings of fact and conclusions of law. *See* Guidelines for Final Pretrial Conference in Bench Trials Before District Judge Lucy H. Koh, Section (D)(4).

In addition, by August 1, 2013, each party shall file post-trial proposed findings of fact and conclusions of law, with specific citations to the testimony, exhibits, and stipulations admitted at trial. The post-trial proposed findings of fact and conclusions of law shall be filed in hard copy as well as in word processing format via e-mail to LHKpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: June 10, 2013

_____
LUCY H. KOH
United States District Judge