RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
ESTIE M. KUS (State Bar No. 239523); emk@bcltlaw.com
NICOLE M. MARTIN (State Bar No. 267230); nmm@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION, INC.
and Third Party Defendant
NATIONAL SEMICONDUCTOR (MAINE), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. C 11-02587 LHK<br><br>[~~PROPOSED~~] ORDER RE: STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PRETRIAL STATEMENT TO FACILITATE SETTLEMENT AND NARROW ISSUES FOR TRIAL<br><br>Judge: Hon. Lucy Koh |

[~~PROPOSED~~] ORDER RE: STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PRETRIAL STATEMENT TO FACILITATE SETTLEMENT AND NARROW ISSUES FOR TRIAL
Case No. C 11-02587 LHK

1

2689635.1

# [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties Re: Request to Extend Time for Filing of Pretrial Statement to Facilitate Settlement and Narrow Issues for Trial, and for good cause shown, it is hereby ordered that: (a) the Pretrial Conference and associated motion hearings currently set for June 20, 2013 are continued until June 27, 2013; (b) the deadline for Parties to file the Joint Pretrial Conference Statement (and associated witness and exhibit disclosures) and the Proposed Findings of Fact and Conclusions of Law is extended to June 20, 2013; and (c) the July 15, 2013 trial date remains in place for any non-settling Parties in this matter. All other dates in the Case Management Order remain unchanged.

**IT IS SO ORDERED.**

Dated: June 11, 2013

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court

BARG COFFIN LEWIS & TRAPP ATTORNEYS LLP

[PROPOSED] ORDER RE: STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PRETRIAL STATEMENT TO FACILITATE SETTLEMENT AND NARROW ISSUES FOR TRIAL
Case No. C 11-02587 LHK
2

2689635.1