UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas Corporation<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>EAST CHARLESTON, INC., a California Corporation, et al.,<br><br>　　　　　　Defendants.<br><br>AND RELATED CASES | Case No.: 11-CV-02587-LHK<br><br>ORDER RE: MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |

On June 14, 2013, East Charleston, Inc. ("ECI") and Pacific American Management Company ("PAMCO") filed a notice of settlement and motion for determination of good faith settlement pursuant to CCP§ 877.6 and for an order barring contribution pursuant to 42 U.S.C. § 9613(f) and § 113(f) of CERCLA.  ECF No. 256.  In this motion, ECI and PAMCO represented that they have entered into a settlement agreement in principle with Schlumberger Technology Corporation, Inc. ("STC") and National Semiconductor (Maine) Inc. ("NSM").  *Id.* at 2.  ECI and PAMCO further represented that the current draft of the settlement agreement had been provided to Travelers Casualty and Surety Company fka Aetna Casualty and Surety Company ("Travelers"), but that it was "unclear" if Travelers would stipulate to the motion for determination of good faith.  *Id.* at 4.  ECI and PAMCO represented that the final settlement agreement would be provided to the

Court as soon as it was fully executed, and that the agreement will be contingent upon a finding of good faith within the meaning of California Code of Civil Procedure § 877.6. *Id.* at 4.

Also on June 14, 2013, STC and NSM filed a statement of non-opposition to ECI and PAMCO's motion. ECF No. 257.

ECI, PAMCO, STC, and NSM shall file the final executed settlement agreement on June 19, 2013, at 10:00 a.m., so that the Court may consider ECI and PAMCO's motion. Until the parties file the final settlement agreement, all deadlines in the current case schedule will remain as set.

Travelers is hereby ordered to file a statement of opposition or non-opposition to ECI and PAMCO's motion by June 20, 2013.

**IT IS SO ORDERED.**

Dated: June 18, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-2587-LHK
ORDER RE: MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT