UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas Corporation,<br><br>Plaintiff,<br>v.<br><br>EAST CHARLESTON, INC., a California Corporation, et al.,<br><br>Defendants.<br><br>AND RELATED CASES | Case No.: 11-CV-02587-LHK<br><br>ORDER RE: SETTLEMENT STATUS OF GREAT AMERICAN |

On June 11, 2013, the parties represented to the Court that on June 8, 2013, STC, NSM, ECI, and PAMCO finalized the terms and the written agreement for a settlement with Great American Insurance Company on behalf of Advalloy. ECFO No. 254 at 3. The parties represented that they were awaiting a clean, final copy from coverage counsel for Great American, to be signed immediately upon receipt. *Id.* The parties further represented that once executed, counsel anticipate filing a motion to dismiss Great American with prejudice. *Id.*

As of June 19, 2013, no motion to dismiss Great American has been filed with the Court. The parties are hereby ORDERED to file a Settlement Status Report as to Great American by June 20, 2013.

**IT IS SO ORDERED.**

Case No.: 11-CV-2587-LHK
ORDER RE: SETTLEMENT STATUS OF GREAT AMERICAN

Dated: June 19, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-2587-LHK
ORDER RE: SETTLEMENT STATUS OF GREAT AMERICAN