UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas Corporation | ) ) ) | Case No.: 11-CV-02587-LHK |
| Plaintiff, v. | ) ) ) | ORDER RE: NOTICE OF SETTLEMENT |
| EAST CHARLESTON, INC., a California Corporation, et al., | ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CASES | ) ) | |

On June 19, 2013, the parties filed a notice of settlement and a stipulation seeking to stay all further pretrial deadlines and disclosure obligations pending the completion of the settlement between STC and Travelers. ECF No. 265.

The Court will not vacate the July 15, 2013 trial date until the parties file a stipulation dismissing the entire case.

The Court CONTINUES the June 27, 2013 Pretrial Conference to Friday, July 12, 2013, at 2:00 p.m. All pretrial filings and documents to be provided to the Court are due on Friday, July 5, 2013.

The Court will hold a Settlement Status Conference on June 27, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Case No.: 11-CV-2587-LHK
ORDER RE: NOTICE OF SETTLEMENT

Dated: June 19, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-2587-LHK
ORDER RE: NOTICE OF SETTLEMENT