United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, Inc., a Texas Corporation ) ) | Case No.: 11-CV-02587-LHK |
| Plaintiff, ) ) v. ) ) EAST CHARLESTON, INC., a California ) Corporation, et al., ) ) Defendants. ) ) AND RELATED CASES ) ) | ORDER RE: SETTLEMENT STATUS CONFERENCE AND GOOD FAITH DETERMINATION MOTION |

Per the parties' request, the Court hereby advances the Settlement Status Conference set for June 27, 2013 to 1:30 p.m. on June 25, 2013.

The Court requests clarification from the parties as to whether the settlement of STC and Travelers obviates the need for the Court to rule on ECI and PAMCO's Motion for Determination of Good Faith and Order Barring Contribution, ECF No. 256. If the Court must decide ECI and PAMCO's motion, the parties shall recommend when the Court should do so.

**IT IS SO ORDERED.**

Dated: June 20, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-2587-LHK
ORDER RE: SETTLEMENT STATUS CONFERENCE AND GOOD FAITH DETERMINATION MOTION