**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283225
brett@grebenlaw.com

Attorneys for Defendants EAST CHARLESTON, INC. and
PACIFIC AMERICAN MANAGEMENT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas Corporation;<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California Corporation, and PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation;<br><br>Defendants. | Case No.: 5:11-CV-02587-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER MUTUALLY DISMISSING TRAVELERS AND ECI/PAMCO'S CLAIMS WITH PREJUDICE** |
| RELATED CROSS AND COUNTER-CLAIMS | |

///

///

///

///

1    **IT IS HEREBY STIPULATED** by and between Defendants and Counterclaimants East
2    Charleston, Inc. and Pacific American Management Company ("ECI/PAMCO") and Third Party
3    Defendant Advalloy, Inc. by and through Intervenor Travelers Casualty and Surety Company fka
4    The Aetna Casualty and Surety Company ("Travelers"), through their respective counsel
5    (collectively, the "Parties"):
6    Pursuant to the Court's Status Conference Order of June 25, 2013 (Document 271) and Rule
7    41(a)(2) and (c), the Parties hereby stipulate and agree as follows:
8    1. Travelers and ECI/PAMCO hereby mutually dismiss all of their respective claims pled in the
9       above captioned case against each other WITH PREJUDICE; and
10   2. Each Party, Travelers and ECI/PAMCO, will bear its own costs, attorney's fees and
11      expenses.

13   Dated:  June 26, 2013                    GREBEN & ASSOCIATES

14                                            　/s/ Jan A. Greben
                                              Jan A. Greben
15                                            Brett A. Boon
                                              Attorneys for Defendants and Counterclaimants EAST
16                                            CHARLESTON, INC., a California Corporation, and
                                              PACIFIC AMERICAN MANAGEMENT COMPANY,
17                                            a California Limited Liability Corporation

20   Dated:  June 26, 2013                    LEWIS, BRISBOIS, BISGAAD & SMITH, LLP

22                                            　/s/ Joseph A. Salazar
                                              JOSEPH A. SALAZAR JR
23                                            Attorneys for Intervenor Travelers Casualty and Surety
                                              Company fka The Aetna Casualty and Surety Company
24                                            as Alleged Insurer of Suspended Corporation Third-
                                              Party Defendant Advalloy, Inc.

26   ///
27   ///

**[~~PROPOSED~~] ORDER**

The Parties having stipulated and agreed, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Travelers' claims against ECI/PAMCO as set forth in the pleadings in the above case are hereby dismissed **WITH** prejudice;

2. ECI/PAMCO's claims against Travelers as set forth in the pleadings in the above case are hereby dismissed **WITH** prejudice; and

3. Each party shall bear its own costs, attorney's fees and expenses.

Date:   June 26, 2013

*Lucy H. Koh*
HON. LUCY H. KOH, JUDGE FOR THE
UNITED STATES DISTRICT COURT