**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283225
brett@grebenlaw.com

Attorneys for Defendants EAST CHARLESTON, INC. and
PACIFIC AMERICAN MANAGEMENT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas Corporation;<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California Corporation, and PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation;<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 5:11-CV-02587-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER MUTUALLY DISMISSING STC/NSM, ECI/PAMCO AND GREAT AMERICAN'S CLAIMS AGAINST EACH OTHER WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Schlumberger Technology Corporation, Inc. and Third Party Defendant National Semiconductor (Maine), Inc. ("STC/NSM"), Defendants East Charleston, Inc. and Pacific American Management Company ("ECI/PAMCO"), and Third Party Defendant Advalloy, Inc. by and through Intervenor Great American Insurance Company of New York ("Great American") (collectively, the "Parties"), by and through their respective counsel, having entered into settlement agreements that resolve all causes of action asserted by the Parties against each other in this action:

1    Pursuant to the Court's Status Conference Order of June 25, 2013 (Document 271) and Rule
2  41(a)(2) and (c), the Parties hereby stipulate and agree as follows:
3     1. STC/NSM and ECI/PAMCO hereby mutually dismiss all of their respective claims pled in
4        the above captioned case against each other WITHOUT PREJUDICE;
5     2. STC/NSM and Great American hereby mutually dismiss all of their respective claims pled in
6        the above captioned case against each other WITHOUT PREJUDICE;
7     3. ECI/PAMCO and Great American hereby mutually dismiss all of their respective claims pled
8        in the above captioned case against each other WITHOUT PREJUDICE;
9     4. The foregoing dismissals are voluntary and shall not operate as an adjudication on the merits
10       under Rule 41 of the Federal Rules of Civil Procedure;
11    5. Each, STC/NSM, ECI/PAMCO and Great American, will bear its own costs, attorneys' fees
12       and expenses; and
13    6. This Court shall retain jurisdiction over the Parties for the purposes of enforcing the
14       settlement agreements reached by and/or between STC/NSM, ECI/PAMCO and/or Great
15       American in the above captioned case.

Dated:  June 26, 2013            BARG COFFIN LEWIS & TRAPP LLP

                                  /s/ J. Tom Boer
                                 J. Tom Boer
                                 Estie M. Kus
                                 Nicole M. Martin
                                 Attorneys for Plaintiff SCHLUMBERGER
                                 TECHNOLOGY CORPORATION, INC. and Third-
                                 Party Defendant NATIONAL SEMICONDUCTOR
                                 (MAINE), INC.


Dated:  June 26, 2013            GREBEN & ASSOCIATES

                                  /s/ Jan A. Greben
                                 Jan A. Greben
                                 Brett A. Boon
                                 Attorneys for Defendants EAST CHARLESTON,
                                 INC., a California Corporation, and PACIFIC
                                 AMERICAN MANAGEMENT COMPANY, a
                                 California Limited Liability Corporation

| | | |
|---|---|---|
| 1 | Dated:  June 26, 2013 | WOOD, SMITH, HENNING & BERMAN LLP |
| 2 | | |
| 3 | | /s/ Emil A. Macasinag<br>DAVID F. WOOD |
| 4 | | EMIL A. MACASINAG<br>JON-ERIK W. MAGNUS |
| 5 | | Attorneys for Third Party Defendant<br>Advalloy, Inc. by and through Intervenor |
| 6 | | Great American Insurance Company of New York |

7 ///

8 ///

9 ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

- 3 -

STIPULATED DISMISSAL AND ORDER | 5:11-CV-02587-LHK

# [~~PROPOSED~~] ORDER

The Parties having stipulated and agreed, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. STC/NSM and ECI/PAMCO hereby mutually dismiss all of their respective claims pled in the above captioned case against each other **WITHOUT** PREJUDICE;

2. STC/NSM and Great American hereby mutually dismiss all of their respective claims pled in the above captioned case against each other **WITHOUT** PREJUDICE;

3. ECI/PAMCO and Great American hereby mutually dismiss all of their respective claims pled in the above captioned case against each other **WITHOUT** PREJUDICE;

4. The foregoing dismissals are voluntary and shall not operate as an adjudication on the merits under Rule 41 of the Federal Rules of Civil Procedure; and

5. Each, STC/NSM, ECI/PAMCO and Great American, shall bear its own costs, attorneys' fees and expenses.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over the Parties for the purposes of enforcing the settlement agreements reached by and/or between STC/NSM, ECI/PAMCO and/or Great American in the above captioned case.

Date:   June 26, 2013

*Lucy H. Koh*
_____
HON. LUCY H. KOH, JUDGE FOR THE
UNITED STATES DISTRICT COURT

STIPULATED DISMISSAL AND ORDER | 5:11-CV-02587-LHK