**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283225
brett@grebenlaw.com

Attorneys for Defendants EAST CHARLESTON, INC. and
PACIFIC AMERICAN MANAGEMENT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas Corporation;<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California Corporation, and PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation;<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 5:11-CV-02587-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER MUTUALLY DISMISSING GREAT AMERICAN AND ECI/PAMCO'S CLAIMS WITH PREJUDICE** |

///

///

///

///

1  **IT IS HEREBY STIPULATED** by and between Defendants and Counterclaimants East Charleston, Inc. and Pacific American Management Company ("ECI/PAMCO") and Third Party Defendant Advalloy, Inc., by and through Intervenor Great American Insurance Company of New York ("Great American"), through their respective counsel of record (collectively, the "Parties"):

Pursuant to the Court's Status Conference Order of June 25, 2013 (Document No. 271) and Federal Rules of Civil Procedure, Rule 41(a)(2) and (c), the Parties hereby stipulate and agree as follows:

1. Great American and ECI/PAMCO hereby mutually dismiss all of their respective claims pled in the above captioned case against each other WITH PREJUDICE; and

2. Each Party, Great American and ECI/PAMCO, will bear its own costs, attorney's fees and expenses.

Dated:  June 27, 2013                GREBEN & ASSOCIATES

  /s/ Jan A. Greben
Jan A. Greben
Brett A. Boon
Attorneys for Defendants and Counterclaimants EAST CHARLESTON, INC., a California Corporation, and PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation


Dated:  June 27, 2013                WOOD, SMITH, HENNING & BERMAN, LLP

  /s/ Emil A. Macasinag
DAVID F. WOOD
EMIL A. MACASINAG
JON-ERIK W. MAGUNS
Attorneys for Intervenor Third-Party Defendant Advalloy, Inc. by and through Intervenor Great American Insurance Company of New York

///
///

### [~~PROPOSED~~] ORDER

The Parties having stipulated and agreed, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Great American's claims against ECI/PAMCO, as set forth in the pleadings in the above-referenced case, are hereby dismissed **WITH** prejudice;

2. ECI/PAMCO's claims against Great American, as set forth in the pleadings in the above-referenced case, are hereby dismissed **WITH** prejudice; and

3. Each party shall bear its own costs, attorney's fees and expenses.

Date:  June 27, 2013

*Lucy H. Koh*
HON. LUCY H. KOH, JUDGE FOR THE
UNITED STATES DISTRICT COURT