RICHARD C. COFFIN (State Bar No. 70562); rcc@bcltlaw.com
J. THOMAS BOER (State Bar No. 199563); jtb@bcltlaw.com
ESTIE M. KUS (State Bar No. 239523); emk@bcltlaw.com
NICOLE M. MARTIN (State Bar No. 267230); nmm@bcltlaw.com
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:  (415) 228-5400
Fax:  (415) 228-5450

Attorneys for Plaintiff
SCHLUMBERGER TECHNOLOGY CORPORATION, INC.
and Third Party Defendant
NATIONAL SEMICONDUCTOR (MAINE), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAST CHARLESTON, INC., a California corporation; PACIFIC AMERICAN MANAGEMENT COMPANY, a California Limited Liability Corporation,<br><br>Defendants. | Case No. CV 11-02587 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER MUTUALLY DISMISSING STC/NSM AND INTERVENOR TRAVELERS CASUALTY AND SURETY COMPANY CLAIMS AGAINST EACH OTHER WITHOUT PREJUDICE** |
| AND RELATED CASES | |

**STIPULATION AND [PROPOSED] ORDER MUTUALLY DISMISSING STC/NSM AND INTERVENOR TRAVELERS CASUALTY AND SURETY COMPANY CLAIMS AGAINST EACH OTHER WITHOUT PREJUDICE**

This Stipulation and [Proposed] Order dismissing claims without prejudice is filed jointly by Plaintiff Schlumberger Technology Corporation ("STC"), and third party defendants National Semiconductor (Maine), Inc. ("NSM") and Intervenor Travelers Casualty and Surety Company ("Travelers") f/k/a The Aetna Casualty and Surety Company as alleged Insurer of Suspended Corporation Third-Party Defendant Advalloy, Inc. (collectively, the "Parties"). The Parties, by and through their respective counsel, report to the Court that:

1. The Parties have successfully entered into a confidential settlement agreement effective as of July 2, 2013 that resolves all causes of action asserted by the Parties against each other in this action;

2. The Parties have exchanged electronic copies of the signature pages associated with their settlement agreement as of July 2, 2013; and

3. With resolution of the claims between STC/NSM and Travelers, there are no further pending unresolved claims in this matter and it is appropriate for the Court to vacate the July 15 trial date and pretrial disclosure deadlines.

**IT IS HEREBY STIPULATED AND AGREED** between the Parties, pursuant to the Court's Settlement Status Conference Order of June 25, 2013 (Docket No. 271) ("June 25 Order") and the Federal Rules of Civil Procedure Rule 41(a)(2) and (c), as follows:

1. STC/NSM and Travelers hereby mutually dismiss all of their respective claims pled in the above captioned case against each other WITHOUT PREJUDICE;

2. This Court shall retain jurisdiction over the Parties for the purposes of enforcing the settlement agreement reached by and/or between STC/NSM and Travelers in the above captioned case;

3. The foregoing dismissal is voluntary and shall not operate as an adjudication on the merits under Rule 41 of the Federal Rules of Civil Procedure;

4. The Parties shall bear their own costs, attorneys' fees and expenses;

5. In light of the resolution of the claims between STC/NSM and Travelers, it is appropriate

STIPULATION AND [PROPOSED] ORDER MUTUALLY DISMISSING STC/NSM AND INTERVENOR TRAVELERS CASUALTY AND SURETY COMPANY CLAIMS AGAINST EACH OTHER WITHOUT PREJUDICE
Case No. CV 11-02587 LHK

1

2699736.1

for the Court to vacate the July 15 trial date and all of the associated pre-trial disclosure deadlines; and

6. Consistent with the Court's June 25 Order, the Parties shall file a dismissal with prejudice on or before August 8, 2013 unless a dispute arises in connection with the executed settlement agreement, in which case the Parties shall report to the Court as necessary.

Respectfully Submitted,

DATED: July 2, 2013                BARG COFFIN LEWIS & TRAPP, LLP

By: /s/ J. THOMAS BOER
    J. THOMAS BOER
Attorneys for Plaintiff Schlumberger Technology Corporation, Inc. and Third Party Defendant National Semiconductor (Maine), Inc.

DATED: July 2, 2013                LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ JOSEPH A. SALAZAR JR. (authorized July 2, 2013)
JOSEPH A. SALAZAR JR.
Attorneys for INTERVENOR TRAVELERS CASUALTY AND SURETY COMPANY fka THE AETNA CASUALTY AND SURETY COMPANY As Alleged Insurer of Suspended Corporation Third-Party Defendant ADVALLOY, INC.

2

STIPULATION AND [PROPOSED] ORDER MUTUALLY DISMISSING STC/NSM AND INTERVENOR TRAVELERS CASUALTY AND SURETY COMPANY CLAIMS AGAINST EACH OTHER WITHOUT PREJUDICE
Case No. CV 11-02587 LHK

2699736.1

# [PROPOSED] ORDER

The Parties having stipulated and agreed, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. STC/NSM and Travelers hereby mutually dismiss all of their respective claims plead in the above captioned case against each other WITHOUT PREJUDICE;

2. Each, STC/NSM, and Travelers, shall bear their own costs, attorney's fees and expenses; and

3. The July 15, 2013 trial date, and all associated pretrial deadlines, is hereby VACATED.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over the Parties for the purposes of enforcing the settlement agreement reached by or between STC/NSM and Travelers in the above captioned case.

The Clerk shall close the file.

Dated: _____July 2_____, 2013        _Lucy H. Koh_____
                                      HONORABLE LUCY H. KOH
                                      UNITED STATES DISTRICT COURT

BARG COFFIN LEWIS & TRAPP LLP
ATTORNEYS

STIPULATION AND [PROPOSED] ORDER MUTUALLY DISMISSING STC/NSM AND INTERVENOR TRAVELERS CASUALTY AND SURETY COMPANY CLAIMS AGAINST EACH OTHER WITHOUT PREJUDICE
Case No. CV 11-02587 LHK

2699736.1